UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE
CRIMINAL MINUTES - JURY TRIAL
October 23, 2019

United States of America vs. Sylvia Hofstetter, Cynthia Clemons, Courtney Newman and Holli Womack
Case No. 3:15-CR-27

PRESENT before the Honorable Thomas A. Varlan, United States District Judge

| Julie Norwood | Rebekah Lockwood |
|---|---|
| Courtroom Deputy | Court Reporter |
| Tracy Stone, | Charles Burks/ Loretta Cravens (Hofstetter |
| Kelly Pearson, | Christopher Oldham/Mark Brown (Clemons) |
| Damare Therot | Randal Reagan/Jeffrey Whitt (Newman) |
| Asst. U.S. Attorney | Christopher Rodgers (Womack) |
| | Counsel for Defendant |

PROCEEDINGS: Day 3

- Jury Impaneled and sworn as follows: #29; #10; #78; #280; #153; #16; #201; #157; #175; #152; #65; #104; #274; #56; #271; and #133
- Opening Statements by the parties
- Case continued to October 28, 2019 at 9:00 a.m. for the introduction of the Government's evidence.

9:00 to 11:50